NOTICE: NOT FOR PUBLICATION.
UNDER ARIZ. R. SUP. CT. 111(c), THIS DECISION DOES NOT CREATE LEGAL PRECEDENT
AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

RUDE ECHOHAWK FUENTEZ, *Petitioner.*

No. 1 CA-CR 12-0679 PRPC
FILED 3-4-2014

Petition for Review from the Superior Court in Maricopa County
No. CR2000-151857
The Honorable Robert E. Miles, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Joseph T. Maziarz
*Counsel for Respondent*

Rude Echohawk Fuentez, Buckeye
*Petitioner Pro Se*

## MEMORANDUM DECISION

Presiding Judge Andrew W. Gould delivered the decision of the Court, in which Judge Peter B. Swann and Judge Jon W. Thompson joined.

**G O U L D,** Judge:

¶1 Petitioner Rude Echohawk Fuentez petitions this court for review from the dismissal of his petition for post-conviction relief. Presiding Judge Andrew W. Gould and Judges Peter B. Swann and Jon W. Thompson have considered the petition for review and, for the reasons stated, grant review but deny relief.

¶2 A jury convicted Fuentez of two counts of molestation of a child in 1986. After the State successfully challenged Fuentez's initial sentences on appeal, the trial court ultimately sentenced him to two consecutive terms of twenty-three years' imprisonment. Fuentez now seeks review of the summary dismissal of his fifth successive petition for post-conviction relief.[1] Fuentez argues the trial court should resentence him pursuant to more favorable sentencing provisions that became effective in 1994, approximately nine years after he committed the offenses and eight years after his convictions. We have jurisdiction pursuant to Arizona Rule of Criminal Procedure 32.9(c).

¶3 We deny relief. "A basic principle of criminal law requires that an offender be sentenced under the laws in effect at the time he committed the offense for which he is being sentenced." *State v. Newton*, 200 Ariz. 1, 2, ¶ 3, 21 P.3d 387, 388 (2001). Changes to the sentencing scheme that did not occur until 1994 have no application to Fuentez's case.

---

[1] The trial court incorrectly identified this as Fuentez's fourth post-conviction relief proceeding.

¶4        We grant review and deny relief.



Ruth A. Willingham · Clerk of the Court
FILED: mjt